**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

-against- :

FELIPE DE JESUS DIAZ, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

26 Crim. 545 (GBD)

GEORGE B. DANIELS, United States District Judge:

An initial conference is hereby scheduled for December 3, 2026, at 10:15 a.m.

Dated: November 17, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge